### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHNNY LONG,**

    **Plaintiff,**

**v.**                                                           **Case No. 8:04-cv-2257-T-30TBM**

**COZER ENTERPRISES,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Notice of Filing the Proposed Stipulation for Settlement (Dkt. #14). Defendant indicated in the Notice that the request for approval of the settlement agreement was being made jointly by the parties. Plaintiff has filed a response to the Notice (Dkt. #15), however, indicating that he does not join in the request because the settlement agreement presented to the Court is incomplete and unsigned, and the attached addendum to the settlement agreement has never been reviewed by Plaintiff.

It is therefore ORDERED AND ADJUDGED that Defendant's request for approval of the settlement agreement attached to the Notice is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2557 Notice For Approval of Settlement.wpd