UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHNNY LONG,**

    **Plaintiff,**

v.                                          Case No.  8:04-cv-2257-T-30TBM

**COZER ENTERPRISES,**

    **Defendant.**
_____/

## O R D E R

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement (Dkt. #22). Upon review and consideration, and in accordance with the Order (Dkt. #11) entered on March 31, 2005, in this cause, which stated in part: "Attorney's fees and costs under 42 U.S.C. §12205 are recoverable in the discretion of the Court. . . . No amount of fees or costs shall be paid without approval of or an award by this Court," it is

    **ORDERED AND ADJUDGED**:

    1.    The Joint Motion for Approval of Settlement (Dkt. #22) is GRANTED in part and DENIED in part.  This Court adopts the terms of the parties' Settlement Agreement, except for the provisions related to the Plaintiff's fees, expenses and costs.  The parties are directed to confer with one another for the purpose of determining and agreeing on reasonable attorney's fees and costs to be awarded in this matter.  Supporting documentation and a motion for approval of attorney's fees and costs shall be submitted for the Court's consideration within sixty (60) days.

    2.    This cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of

final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown.* After that 60-day period, however, dismissal shall be with prejudice.

    3.    This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiff's attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**

    4.    All pending motions, if any, are **DENIED** as moot.

    5.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2257.dismissal.wpd