**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHNNY LONG,**

    **Plaintiff,**

v.                                      Case No.  8:04-cv-2257-T-30TBM

**COZER ENTERPRISES,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Motion for Approval of Attorney's Fees and Costs (Dkt. 27-1).  Upon review and consideration, this Court finds that the parties' Motion should be **GRANTED**, but that the amount of attorneys' fees should be reduced from $290.00 per hour to $250.00 per hour.  Additionally, this Court finds that those fees attributable to Plaintiff's expert shall be reduced to $150.00 per hour.

    A.    *Attorneys' Fees and Costs.*

In reviewing the billing records of Plaintiff's counsel, this Court finds 15.1 hours reasonable.  Additionally, pursuant to 28 U.S.C. § 1920, postage costs claimed by Plaintiff ($5.48) are not taxable. *See* 28 U.S.C. § 1920 (2005).

    B.    *Expert Fees.*

In reviewing the total hours expended by Plaintiff's expert in this case, this Court finds 5 hours reasonable.  Those hours expended by the expert in traveling "to and from the site" as well as the hours spent printing various documents are not compensable.

It is therefore ORDERED AND ADJUDGED that:

1. The parties' Joint Motion for Approval of Attorney's Fees and Costs (Dkt. 27-1), is **GRANTED**.

2. Plaintiff is awarded $3,775.00 in attorneys' fees, $750.00 in expert fees and $152.75 in costs.

3. Plaintiff's Verified Application for Attorney's and Expert's Fees, Litigation Expenses and Costs (Dkt. 24) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2257 ADA Title III Fees Motion.frm